IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Damon Michael Heilweil - #206620

/

No. C 13-80239 WHA

**ORDER OF SUSPENSION**

    Because Damon Michael Heilweil has failed to respond to the order to show cause, Mr. Heilweil's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE